**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Alberto Triana          JOINT DEBTOR: Magdelayne Menendez    CASE NO.: _____
Last Four Digits of SS# 4167          Last Four Digits of SS# 4146

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 48 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 276.57 for months 1 to 48 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $ 900 Balance Due $ 2750
                     payable $ 137.50 /month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date $_____
Address:_____                       Arrears Payment   $_____/month (Months ____ to ____)
        _____                       Regular Payment   $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                Total Due  $_____
                 Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 111.42/month (Months 1 to 20) and Pay $ 248.92 /month (Months 21 to 48 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors shall make all contractual payments for 20222 NW 39 Court, Miami Gardens, FL 33055 to Seterus, Inc. The debtors shall make all contractual payments for 2016 Chevrolet Silverado to Ally Financial. The debtors shall make all contractual payments for 2013 Ford Econoline F250 to Ford Motor Credit. The debtors shall make all contractual payments for 2016 Toyota Camry to World Omni Financial. The debtors shall surrender Time Share Unit 1050E Week37 Liki Tiki Village II A club Navigo Resort to Sunterra Financial Srv. Inc and Island One Resorts Hospitality Group.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq.                          /s/Robert Sanchez, Esq.
Attorney for the Debtor                          Attorney for the Joint Debtor
Date: 3-24-2017                                  Date: 3-24-2017

LF-31 (rev. 01/08/10)