# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st amended plan

DEBTOR: Alberto Triana        JOINT DEBTOR: Magdelayne Menendez   CASE NO.: 17-13548-RAM
Last Four Digits of SS# 4167        Last Four Digits of SS# 4146

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 48 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 276.57 for months 1 to 48 ; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650  TOTAL PAID $ 900  Balance Due $ 2750
                      payable $ 137.50 /month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                  Arrearage on Petition Date $
Address:                  Arrears Payment    $_____ /month (Months ___ to ___)
                              Regular Payment    $_____ /month (Months ___ to ___)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None              Total Due $_____
                    Payable    $_____ /month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 111.42 /month (Months 1 to 20) and Pay $ 248.92 /month (Months 21 to 48 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors shall make all contractual payments for 20222 NW 39 Court, Miami Gardens, FL 33055 to Seterus, Inc. The debtors shall make all contractual payments for 2016 Chevrolet Silverado to Ally Financial. The debtors shall make all contractual payments for 2013 Ford Econoline F250 to Ford Motor Credit. The debtors shall make all contractual payments for 2016 Toyota Camry to World Omni Financial. The debtors shall surrender Time Share Unit 1050E Week37 Liki Tiki Village II A club Navigo Resort to Sunterra Financial Srv. Inc and Island One Resorts Hospitality Group. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____        _____
Debtor                                            Joint Debtor
Date: 6/21/17                               Date: 6/21/17

LF-31 (rev. 01/08/10)